JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DANIEL COX, | ) NO. EDCV 10-01174 GAF (SS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| LELAND McEWEN, Acting Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 7, 2011

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE